HOUMAN FAKHIMI, SBN 195638
**FAKHIMI & ASSOCIATES**
3 Hutton Centre Dr, Suite 620
Santa Ana, CA 92707
Telephone: 714-542-2188
Facsimile: 714-542-3119
Email: hfakhimi@lawhf.com

Attorneys for Plaintiff, JESUS PEREZ

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PEREZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMEX OPERATIONS WEST, INC., a Delaware Corporation, LINDY OFFICE PRODUCTS, a California Corporation, MARIO ORTIZ, and Does 1-10 inclusive.<br><br>Defendant. | Case No. **SACV 12-00141 CJC (ANx)**<br><br>**COLLECTIVE AND CLASS ACTIONS**<br><br>COMPLAINT FOR (1)UNPAID OVERTIME COMPENSATION [29 U.S.C. §201 et seq.], (2) VIOLATION OF CALIFORNIA LABOR CODE § 226, (3) VIOLATION OF CALIFORNIA LABOR CODE § 203 and (4) VIOLATIONS OF UNFAIR COMPETITION ACT [California B&P §17200 et seq.]<br><br>DEMAND FOR JURY TRIAL |

Plaintiff JUAN PEREZ ("PLAINTIFF") files this complaint against Defendants DYNAMEX OPERATIONS WEST, INC, a Delaware Corporation, ("DOW"), LINDY OFFICE PRODUCST, a California Corporation, ("LOP"), MARIO ORTIZ ("ORTIZ"), and individual and Does 1-10 inclusive, and alleges as follows:

COMPLAINT
- 1 -

# INTRODUCTION

1. By this Complaint, Plaintiff seeks to redress Defendants' and each of their failure to pay wages as required by law. This Complaint is brought pursuant to the laws of the United States and the State of California seeking unpaid wages, penalties, liquidated damages, restitution, attorneys' fees and costs of suit and asserting causes of action for violation of the Fair Labor Standards Act, 29 U.S.C. section 207, Violation of California's Labor Code §§ 203, 226, and California Business & Professions Code sections 17200 et seq.

# JURISDICTION

2. This court has jurisdiction over the subject matter of this action pursuant to 29 U.S.C. section 216, 28 U.S.C. 1331 and 1337 as the controversy arises under the Fair Labor Standard Acts of 1938 ("FLSA"), 29 U.S.C. section 201 et seq. In addition, this Court has the authority to determine Plaintiffs' state claims pursuant to its supplemental jurisdiction under 28 U.S.C. section 1367.

# VENUE

3. Venue is proper in the Central District of California pursuant to 28 U.S. section 1391(b) because Defendants conduct business in this district and a substantial part of the acts, events, or omissions giving rise to the action occurred in this district. Intra-district venue is appropriate in the Orange County Division

1  as Defendants conduct business in this district, the harm occurred in this district
2  and Defendants have a location in this district located at 2052 Raymer Ave, # A,
3
4  Fullerton, California 92833, and in cities of Orange and Santa Ana.
5
6
7              **PARTIES**

8      4.   Plaintiff is, and at all times material herein was, a resident of the
9
10 State of California.
11     5.   Defendant DOW is, and at all times material herein was, a Delaware
12
13 corporation engaged in the transportation and delivery of office products in the
14 State of California, with offices in Orange County and servicing Orange County.
15
16     6.   LOW is, and at all times material herein was and is a California
17 corporation engaged in the transportation and delivery of office products in the
18
19 State of California, county of Orange with an office in Orange, California.
20     7.   Plaintiff is informed and believes and therein alleges that the true
21
22 names and official capacities of Defendants designated as DOES 1-10, inclusive,
23 are unknown to Plaintiff, who therefore sues these Defendants by such fictitious
24
25 names. Plaintiff is informed and believes and thereon alleges that each of these
26 fictitiously named Defendants are legally responsible for the injuries and damages
27
28 suffered by Plaintiff herein. Plaintiff will seek leave of Court to amend her

COMPLAINT

Complaint to show the true names and capacities of these Defendants when they have been ascertained. All of the Defendants are sued in their individual and official capacities.

8. Ortiz is natural person and resident of State of California, county of Orange.

## GENERAL ALLEGATIONS

9. Defendants are, and at all times relevant herein were, business entities engaged in the intrastate transportation industry in the State of California, with business operations in Fullerton, Orange and Santa Ana, California in the Central District of California for the United States District Court. At all times relevant herein, the principal business of said defendants consisted of the intrastate transportation, wholly within the State of California, of office products and equipment, which business activities involved the production and sale of goods for interstate commerce and/or affected interstate commerce. During the relevant statutory period, Defendants required or permitted truck drivers and those in substantially equivalent positions to work more than eight (8) and twelve (12) hours in a day and more than forty (40) hours in a week. Despite this, Defendant failed to properly compensate Plaintiffs for those hours, as required by

the FLSA and the laws of the State of California as more thoroughly set forth herein.

10. Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, Defendants were advised by skilled and competent lawyers and other professionals, employees and advisors knowledgeable about the requirements of the FLSA and California law regarding the payment of overtime compensation to eligible employees. Therefore, Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, Defendant knew it had a duty to compensate Plaintiffs at the overtime rates required by the FLSA and California law, and that Defendant had the financial ability to pay such compensation, but willfully, knowingly and intentionally failed and refused to do so.

11. Based on information and belief Plaintiff further alleges that defendants and each of them were the agents of each other and were the joint employers of Plaintiff in that they all controlled Plaintiff's work routes, hours, and other requirements.

12. Plaintiff was employed by Defendants and each of them as a driver, delivering office furniture and other goods, between July to November of 2011. In this period Plaintiff routinely worked more than 40 hours per week, 8 hours

COMPLAINT

per day, 12 hours per day, and was not paid any overtime pay. Plaintiff was also not paid via paystub, and didn't receive his mandated rest and meal breaks.

## FIRST CAUSE OF ACTION
### (29 U.S.C Section 201 et seq.)

13. The allegations of paragraphs 1-12 above are realleged and incorporated herein by reference.

14. Plaintiff, was employed by defendants as a truck driver. He regularly worked in excess of forty (40) hours per week. His principal duties consisted of the intrastate transportation, wholly within the State of California, of office equipment and furniture to locations within California, which duties involved the production of goods for interstate commerce and/or which affected interstate commerce.

15. During the period stated herein, pursuant to the provisions the Fair Labor Standards Act (29 U.S.C. Sections 206 and 207) and regulations thereunder, plaintiff was entitled to overtime compensation for hours worked in excess of forty (40) per week but defendants failed to pay plaintiff overtime compensation.

16. Such failure was willful within the meaning of 29 U.S.C. Section 255(a).

## SECOND CAUSE OF ACTION
(Calif. Labor Code Section 226.)

18. The allegations of paragraphs 1-17 above are realleged and incorporated herein by reference.

19. Plaintiff was employed by defendants for the period stated above and in that period was not provided with itemized paystubs as mandated by Labor Code § 226.

20. Defendants' violation as stated above entitles Plaintiff to recover damages as per Labor code Section 226.3, including but not limited to an injunction, payment of attorney's fees and costs and payment of a penalty of $250 to $1,000 per citation.

21. Plaintiff specifically requests that this court issue an injunction ordering Defendant and its agents, principals and employees not to violate Section 226.

## THIRD CAUSE OF ACTION
(Calif. Labor Code Section 203.)

22. The allegations of paragraphs 1-21 above are realleged and incorporated herein by reference.

COMPLAINT

-7-

23. By not paying Plaintiff his required overtime wages and then terminating his employment, Defendants and each of them failed to provide him all of the wages he was entitled to as per Labor Code § 203. Plaintiff is therefore entitled to waiting time penalties of their rightful wages for 30 days in an amount to be established at trial in addition to his attorney's fees.

## FOURTH CAUSE OF ACTION
### (Calif. B&P Code Section 17200 et seq.)

24. The allegations of paragraphs 1-23 above are realleged and incorporated herein by reference.

25. As a result of said unfair and unlawful business practice (non-payment of overtime wages, failure to provide required pay stubs and failure to comport with Labor Code § 203), defendants have reaped and continue to reap unfair benefits and illegal profits at the expense of plaintiff. Defendants should be enjoined from continuing these unfair business practices and made to disgorge their ill-gotten gains and return to plaintiff the wrongfully withheld overtime compensation and other penalties that are applicable.

## PRAYER FOR RELIEF

COMPLAINT

WHEREFORE, Plaintiff prays, for relief and judgment against Defendant as follows:

As to the First Cause of Action

1. All losses and damages as may be allowed in accordance with the Federal Rules of Civil Procedure, Rule 54(c), and 29 U.S.C. section 216(b) according to proof at trial;

2. For pre-judgment interest on any unpaid overtime compensation due from the day such amounts were due;

3. Attorneys' fees and costs pursuant to 29 U.S.C. section 216(b); and

4. Any and all other relief, including equitable relief, as the Court may deem just and proper.

As to the Second Cause of Action

1. Damages and penalties as provided for the California Labor Code;

2. Attorneys fees;

3. Costs of suit:

4. Any and all other relief, including equitable relief, as the Court may deem just and proper.

As to the Third Cause of Action

1. Damages and penalties as provided for the California Labor Code;

COMPLAINT

- 9 -

2. Attorneys fees;

3. Costs of suit:

4. Any and all other relief, including equitable relief, as the Court may deem just and proper.

As to the Fourth Cause of Action

1. For unpaid wages at overtime rates, and such general and special damages as may be appropriate;

2. For pre-judgment interest on any unpaid overtime compensation due from the day such amounts were due;

3. For Statutory penalties to California Labor Code sections 203 and 558;

4. For reasonable attorneys' fees pursuant to California Labor Code sections 218.5 and 1194;

5. For costs of suit incurred herein;

6. For restitution equal to the sum of Plaintiffs' earned but unpaid wages, according to proof; and

COMPLAINT

- 10 -

7. For an Injunctive Relief to prevent further violation of the laws stated herein

8. For such other and further relief as the Court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATE: January 24, 2012            FAKHIMI & ASSOCIATES

By: _____
HOUMAN FAKHIMI
Attorney for Plaintiff

COMPLAINT

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
JESUS PEREZ, an individual

**DEFENDANTS**
DYNAMEX OPERATIONS WEST, INC., a Delaware Corporation, LINDY OFFICE PRODUCTS, a California Corporation, MARIO ORTIZ, AND DOES 1-10 INCLUSIVE

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Houman Fakhimi, Esq.
Fakhimi & Associates
3 Hutton Centre Drive Suite 620
Santa Ana, CA 92707
714-542-2188

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☒ Yes ☐ No   **MONEY DEMANDED IN COMPLAINT:** $ 0.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
(1) UNPAID OVERTIME COMPENSATION [29 U.S.C. §201 et seq.], (2) VIOLATION OF CALIFORNIA LABOR CODE § 226, (3) VIOLATION OF CALIFORNIA LABOR CODE § 203 and (4) VIOLATIONS OF UNFAIR COMPETITION ACT [California B&P §17200 et seq.]

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☒ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

SACV 12-00141 CJC (ANx)

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a).   IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?  [X] No  [ ] Yes

If yes, list case number(s): _____

VIII(b).   RELATED CASES: Have any cases been previously filed in this court that are related to the present case?  [X] No  [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  [ ]  A. Arise from the same or closely related transactions, happenings, or events; or
                              [ ]  B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              [ ]  C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              [ ]  D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
    [ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
    [ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _/s/_____    Date  1.24.12

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

**SACV12- 141 CJC (ANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY