HOUMAN FAKHIMI, SBN 195638
**FAKHIMI & ASSOCIATES**
3 Hutton Centre Dr, Suite 620
Santa Ana, CA  92707
Telephone: 714-542-2188
Facsimile:  714-542-3119
Email: hfakhimi@lawhf.com

Attorneys for Plaintiff, JESUS PEREZ

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PEREZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMEX OPERATIONS WEST, INC., a Delaware Corporation, LINDY OFFICE PRODUCTS, a California Corporation, MARIO ORTIZ, and Does 1-10 inclusive.<br><br>Defendant. | Case No.   SACV 12-00141 CJC (ANx)<br><br>**ORDER TO DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HREBY ORDERED that, as a result of the parties having settled this case, the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs

Dated: _May 11_, 2012

_____
Honorable Cormac J. Carney
United States District Judge

ORDER RE STIPULATION TO DISMISS CASE
- 1 -